B4 (Official Form 4) (12/07) - Cont.

In re  Biomoda, Inc.
_____
Debtor(s)

Case No.  **13-13768-t11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, Maria Zannes, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  *Nov 20, 2013*        Signature  *Maria Zannes*

                                                       Maria Zannes
                                                       Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

1342334 v1/SF

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Mexico

In re    **Biomoda, Inc.**             Case No. _____

                                      Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Medi-Pharm Consulting LLC<br>300 East 55th Street<br>Suite 22B<br>New York, NY 10022 | Medi-Pharm Consulting LLC<br>300 East 55th Street<br>Suite 22B<br>New York, NY 10022 | Trade Debt | | $350,000.00 |
| John Cousins<br>4050 Anderson Ave. SE<br>Albuquerque, NM 87108 | John Cousins<br>4050 Anderson Ave. SE<br>Albuquerque, NM 87108 | Wages | | $176,547.46 |
| Jeff Garwin<br>1009 Potomac Drive<br>Wilmington, NC 28411-1066 | Jeff Garwin<br>1009 Potomac Drive<br>Wilmington, NC 28411-1066 | Loan | Unliquidated | $133,774.00 |
| Integritas, LLC<br>Eight Galleria<br>San Antojnio, TX 78257-1214 | Integritas, LLC<br>Eight Galleria<br>San Antojnio, TX 78257-1214 | Trade Debt | | $130,000.00 |
| Irv Weiman Estate c/o Liza Hanks<br>Finch Montgomery Wright LLP<br>350 Cambridge Ave., Suite 175<br>Palo Alto, CA 94306 | Irv Weiman Estate c/o Liza Hanks<br>Finch Montgomery Wright LLP<br>350 Cambridge Ave., Suite 175<br>Palo Alto, CA 94306 | Loan | Unliquidated | $113,662.20 |
| Verrity Gershin<br>12017 Donna Court NE<br>Albuquerque, NM 87112 | Verrity Gershin<br>12017 Donna Court NE<br>Albuquerque, NM 87112 | Wages | | $100,541.06 |
| Steve Cantor<br>485 Nicolls Road<br>Deer Park, NY 11729 | Steve Cantor<br>485 Nicolls Road<br>Deer Park, NY 11729 | Wages | | $70,000.00 |
| Overton Ink<br>4 Calle Margosa<br>Santa Fe, NM 87508 | Overton Ink<br>4 Calle Margosa<br>Santa Fe, NM 87508 | Trade Debt | | $68,505.00 |
| Beckman Coulter, Inc<br>Dept. CH 10164<br>Palatine, IL 60055-0164 | Beckman Coulter, Inc<br>Dept. CH 10164<br>Palatine, IL 60055-0164 | Trade Debt | Disputed | $57,684.62 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Robin Neft<br>2303 Winder Dr.<br>Bridgewater, NJ 08807 | Robin Neft<br>2303 Winder Dr.<br>Bridgewater, NJ 08807 | Wages | Unliquidated | $56,850.04 |
| Modrall Sperling<br>Bank of America Centre<br>500 4th Street NW, Suite 1000<br>Albuquerque, NM 87102 | Modrall Sperling<br>Bank of America Centre<br>500 4th Street NW, Suite 1000<br>Albuquerque, NM 87102<br>(505) 848-1800 | Legal Services | Disputed | $37,063.93 |
| Woodcock Washburn<br>2929 Arch Street<br>Philadelphia, PA 19104-2891 | Woodcock Washburn<br>2929 Arch Street<br>Philadelphia, PA 19104-2891<br>(215) 568-3100 | Legal Services | Disputed | $32,147.81 |
| WESST Corp.<br>609 Broadway NE<br>Albuquerque, NM 87102 | WESST Corp.<br>609 Broadway NE<br>Albuquerque, NM 87102 | License Fees – Office Rental | | $32,081.16 |
| Quintiles Corp.<br>P.O. Box 601070<br>Charlotte, NC 28260-1070 | Quintiles Corp.<br>P.O. Box 601070<br>Charlotte, NC 28260-1070 | Trade Debt | | $29,775.00 |
| Clifton Gunderson<br>500 Marquette NW<br>Albuquerque, NM 87102 | Clifton Gunderson<br>500 Marquette NW<br>Albuquerque, NM 87102 | Financial Services (Auditors) | | $27,339.71 |
| Slone Career Strategies, Inc.<br>1521 Alton Road #638<br>Miami Beach, FL 33139 | Slone Career Strategies, Inc.<br>1521 Alton Road #638<br>Miami Beach, FL 33139 | Trade Debt | Disputed | $19,000.00 |
| Broadridge ICS<br>PO Box 41642<br>Boston, MA 02241-6423 | Broadridge ICS<br>PO Box 41642<br>Boston, MA 02241-6423 | Trade Debt | | $15,218.03 |
| Averion International Corporation<br>225 Turnpike Road<br>Southborough, MA 01772 | Averion International Corporation<br>225 Turnpike Road<br>Southborough, MA 01772<br>(508) 597-5856 | Trade Debt | Disputed | $13,804.34 |
| Christiana Care Health Services, Inc.<br>Attn: Deborah Haley<br>773 MAP2, Suite 320<br>4735 Ogletown-Stanton Road<br>Newark, DE 19713 | Christiana Care Health Services, Inc.<br>Attn: Deborah Haley<br>773 MAP2, Suite 320<br>4735 Ogletown-Stanton Road<br>Newark, DE 19713 | Trade Debt | | $10,000.00 |
| Pat Sweeney dba PASCO Consultants<br>16529 Saint Anthony Lane<br>Cleveland, OH 44111-2913 | Pat Sweeney dba PASCO Consultants<br>16529 Saint Anthony Lane<br>Cleveland, OH 44111-2913 | Trade Debt | | $10,000.00 |