# Exhibit A

## List of Prepetition Loan Agreements

| Consenting Lender | Loan Agreement |
|---|---|
| ACH Consultants LLC | Convertible Loan Agreement dated July 24, 2012 by and between Company and Consenting Lender<br><br>Convertible Loan Agreement dated November 1, 2012 by and between Company and Consenting Lender<br><br>Convertible Loan Agreement dated February 15, 2013 by and between Company and Consenting Lender<br><br>Convertible Loan Agreement dated March 20, 2013 by and between Company and Consenting Lender<br><br>Convertible Loan Agreement dated October 16, 2013 by and between Company and Consenting Lender |
| Gordon Ostojic | Convertible Loan Agreement dated July 24, 2012 by and between Company and Consenting Lender |
| Tobias Gold | Convertible Loan Agreement dated July 24, 2012 by and between Company and Consenting Lender |
| Dale Cernuda | Convertible Loan Agreement dated July 24, 2012 by and between Company and Consenting Lender |
| RMS LLC | Convertible Loan Agreement dated March 20, 2013 by and between Company and Consenting Lender |
| Joseph Enrico Di Noia | Convertible Loan Agreement dated March 20, 2013 by and between Company and Consenting Lender |
| Steven Girgenti | Convertible Loan Agreement dated March 20, 2013 by and between Company and Consenting Lender<br><br>Convertible Loan Agreement dated September 3, 2013 by and between Company and Consenting Lender |
| Robert Barnett | Convertible Loan Agreement dated September 25, 2013 by and between Company and Consenting Lender |

| Consenting Lender | Loan Agreement |
|---|---|
| David Greenberg | Convertible Loan Agreement dated March 20, 2013 by and between Company and Consenting Lender |
| Howard Marwill | Convertible Loan Agreement dated March 20, 2013 by and between Company and Consenting Lender |
| Nathan Perlmutter | Convertible Loan Agreement dated March 20, 2013 by and between Company and Consenting Lender<br><br>Convertible Loan Agreement dated September 18, 2013 by and between Company and Consenting Lender |
| Matthew Proman | Convertible Loan Agreement dated March 20, 2013 by and between Company and Consenting Lender |