UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor: Biomoda, Inc,
Case Number: 13-13768-t11

Date/Time: 02/05/2014 09:00 am
Bankruptcy Judge: David T. Thuma
Law Clerk: Spencer Edelman
Courtroom Deputy: Christa Lucero

(TA) FH on Disclosure Statement (pln 56, disc stmt 57, mtn 62)

APPEARANCES:

Atty for Debtor: Deron Knoner with Maria & Timothy Zannes
Financial Advisor to the Debtor: Timothy Hassenger
Atty for Debtor: Keith McDaniels
Atty for Debtor: Leslie Kroupa (by phone)
Atty for UST: Alice Nystel Page (obj to mtn 81)


Proceedings:

I, Christa Lucero, certify that a true and complete electronic sound recording of this proceeding was made.

TIME STARTED: 9:00   TIME ENDED: 9:46

CHAMBERS TO EMAIL JUDGES NOTES TO COUNSEL FOR CONSIDERATION

DEBTOR TO MAKE REVISIONS TO DISCLOSURE STATEMENT AND SUBMIT TO THE UST PRIOR TO SUBMISSION TO THE COURT

COURT TO PREPARE ORDER AND SET CONFIRMATION HEARING

SOLICITATION PACKAGE GRANTED IN PART- DENYING IN PART

DEBTOR TO SEND DISCLOSURE STATEMENT AND PLAN TO ALL EQUITY HOLDERS